UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JENNIFER MORGAN-TYRA, and    )
MICHAEL MORGAN,    )
    )
    Plaintiff,    )
    )
    vs.    )    Case No. 4:18-CV-01799-AGF
    )
CITY OF ST. LOUIS, and OFFICER    )
ANDREI NIKOLOV,    )
    )
    Defendants.    )

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' motion for protective order (ECF No. 77). Because it was unclear from the motion whether the proposed protective order was negotiated with Plaintiff and whether Plaintiff consented to the protective order, the Court gave Plaintiffs until March 11, 2020 to advise whether they consented to the proposed protective order. Plaintiffs have now responded and state that they oppose the proposed protective order; Plaintiffs contend that Defendants' motion should be denied or modified in certain respects. Plaintiffs also note that Defendants did not include any certification of a good-faith meet-and-confer in connection with their motion.

The Court will deny Defendants' motion without prejudice, pursuant to Local Rule 3.04(A), which states that the Court will not consider any motion related to discovery and disclosure unless the motion contains a statement that movant's counsel has conferred in person or by telephone with the opposing counsel in good faith or has

made reasonable efforts to do so, but that after sincere efforts to resolve their dispute,

counsel are unable to reach an accord.  Pursuant to Local Rule 3.04(A), the statement

must recite the date, time, and manner of such in-person or telephone conference, and the

names of the individuals participating therein, or must state with specificity the efforts

made to confer with opposing counsel.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' motion for a protective order is

**DENIED without prejudice** pursuant to Local Rule 37-3.04(A).  ECF No. 77.


_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 12th day of March, 2020.